UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CAHLEEL WICKS,

Plaintiff,

v.                                                    Case No. 26-CV-714

TONIA ROZMARYNOSKI et al.,

Defendants.

---

## ORDER

---

Plaintiff Cahleel Wicks is currently confined at Green Bay Correctional Institution and representing himself in this 42 U.S.C. § 1983 case. On April 22, 2026, Plaintiff filed a motion for leave to proceed without prepayment of the filing fee, and on May 14, 2026, the Court ordered Plaintiff to pay an initial partial filing fee of $14.21. On June 4, 2026, the Court denied Plaintiff's motion for an order to use his release account to pay the initial partial filing fee. This matter comes before the Court on Plaintiff's motion for reconsideration of the Court's order denying his motion for an order to use his release account to pay the initial partial filing fee. Plaintiff asserts that he does not have sufficient funds in his regular account to pay the initial partial filing fee.

Rule 54(b) of the Federal Rules of Civil Procedure provides that any order "may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities." Fed. R. Civ. P. 54(b); *see Moses H. Cone Mem. Hosp. v. Mercury Const. Corp.*, 460 U.S. 1, 12 (1983) (holding that "every order short of a final decree is subject to reopening at the discretion of the district judge"). Plaintiff has provided no basis for the Court to reconsider its June 4, 2026, order.

As the Court has explained, Plaintiff may use funds in his release account *only* "if insufficient funds are available in his regular account." (ECF No. 9 at 4.) The Court will not order that the initial partial filing fee be paid from the release account, however. It is Plaintiff's responsibility to make arrangements with authorities to pay the initial partial filing fee from his release account if he does not have enough money in his regular account to make the initial partial payment. (*See id.* at 3–4 ("To the extent the plaintiff does not have enough money in his regular account to make the initial partial payment, the plaintiff is responsible for making arrangements with authorities to pay the remainder of the initial partial filing fee from the plaintiff's release account.").)

**IT IS THEREFORE ORDERED** that Plaintiff's motion for reconsideration (ECF No. 14) is **DENIED**. If the Court does not receive the $14.21 initial partial filing fee or an explanation of why he could not pay the fee by **July 15, 2026**, the Court will deny Plaintiff's motion for leave to proceed without prepayment of the filing fee and dismiss the action based on Plaintiff's failure to pay the filing fee. Plaintiff must follow his institution's procedures for arranging the payment of the initial partial filing fee.

Dated at Green Bay, Wisconsin on June 17, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2